FILED

Reset Form

2022 JUL 26 AM 10: 54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___CD___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER MJ 22-02894 |
|---|---|
| PLAINTIFF(S) v. | 2:19-cr-00712 |
| Jeffrey D. Martin | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: superseding indictment
in the Eastern District of Pennsylvania on 11/19/2020
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 18 and 17 U.S.C., Section(s) 2,371,1343, 1348,1349,78 j(b)&78ff & 240.10b-5
to wit: _____

A warrant for defendant's arrest was issued by: Eastern District of Pennsylvania

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond: _____

Relevant document(s) on hand (attach): Warrant and Superseding indictment

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/25/2022
                Date

_Lesley Buchan_ (signature)
Signature of Agent

_Lesley Buchan_
Print Name of Agent

FBI
Agency

Special Agent
Title

CR-52 (03/20)   DECLARATION RE OUT-OF-DISTRICT WARRANT